IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID PREJEAN | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-368 |
| CHARLES A. DANIELS, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
<u>JUDGE'S REPORTS AND RECOMMENDATIONS</u>

Plaintiff David Prejean, a former federal prisoner, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and 42 U.S.C. § 1983 against League Medical Concepts, Rebecca Nicholas Mallett, Dr. John Womble, and Dr. Polavarapu Sreedhar. Other defendants were previously dismissed from this action.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting defendants's motions to dismiss the action.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge, along with the record and the pleadings. No objections to the Magistrate Judge's Reports and Recommendations have been filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the reports of the Magistrate Judge (document nos. 44 and 52) are **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**
**Sep 18, 2017**

_____
Ron Clark, United States District Judge